IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
LAWRENCE ZUCKER, on behalf of    §       United States Courts
AIM Small Cap Growth Fund/A,     §     Southern District of Texas
AIM Small Cap Growth Fund/B,     §              ENTERED
AIM Small Cap Growth Fund/C,     §           APR 0 6 2005
and AIM Limited Maturity         §
Treasury Fund/A,                 §      Michael N. Milby, Clerk of Court
                                 §
         Plaintiff,              §
                                 §
v.                               §
                                 §
AIM ADVISORS, INC., BOB R.       §
BAKER, JAMES T. BUNCH, GERALD    §
J. LEWIS, LARRY SOLL, FRANK S.   §    CIVIL ACTION NO. H-03-5653
BAYLEY, BRUCE L. CROCKETT,       §
ALBERT R. DOWDEN, EDWARD K.      §
DUNN, JR., JACK M. FIELDS,       §
CARL FRISCHLING, PREMA           §
MATHAI-DAVIS, LEWIS F. PENNOCK,  §
RUTH H. QUIGLEY, LOUIS S. SKLAR, §
ROBERT H. GRAHAM, and            §
MARK H. WILLIAMSON,              §
                                 §
         Defendants, and         §
                                 §
AIM INVESTMENT SECURITIES FUND   §
and AIM GROWTH SERIES,           §
                                 §
         Nominal Defendants.     §


STANLEY LIEBER, on Behalf        §
of INVESCO Core Equity           §
Fund/Inv and INVESCO Health      §
Science Fund/Inv                 §
                                 §
v.                               §
                                 §
INVESCO FUNDS GROUP INC.,        §
AIM ADVISORS, INC.,              §
INVESCO DISTRIBUTORS, INC.,      §
AIM DISTRIBUTORS, INC.,          §
BOB R. BAKER, JAMES T. BUNCH,    §    CIVIL ACTION NO. H-03-5744
GERALD J. LEWIS, LARRY SOLL,     §
FRANK S. BAYLEY, BRUCE L.        §
```

| | |
|---|---|
| CROCKETT, ALBERT R. DOWDEN, EDWARD K. DUNN JR., JACK M. FIELDS, CARL FRISCHLING, PREMA MATHAI-DAVIS, LEWIS F. PENNOCK, RUTH H. QUIGLEY, LOUIS S. SKLAR, ROBERT H. GRAHAM, and MARK H. WILLIAMSON, | § § § § § § § § § |
| Defendants, and | § § § |
| AIM SECTOR FUNDS and AIM COMBINATION STOCK & BOND FUNDS, | § § § |
| Nominal Defendants. | § |

## ORDER OF CONSOLIDATION

The Court has this day considered and approves the Stipulations made by all parties in each of the above two captioned cases, and it is therefore

ORDERED that these two causes are CONSOLIDATED for pretrial purposes under Cause No. 03-5653, with the caption as shown on Exhibit "A" attached hereto. Future filings in this consolidated matter shall be filed under Cause No. 03-5653, and Civil Action No. H-03-5744 is ADMINISTRATIVELY CLOSED.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas this 4TH day of April, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

# **EXHIBIT A**

```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION

LAWRENCE ZUCKER, on behalf of    §
AIM Small Cap Growth Fund/A,     §
AIM Small Cap Growth Fund/B, and §
AIM Small Cap Growth Fund/C,     §
                                 §
                                 §             CONSOLIDATED
v.                               §      CIVIL ACTION NO. H-03-5653
                                 §
AIM ADVISORS, INC.,              §
_____§
                                 §
STANLEY LIEBER, on behalf        §
of INVESCO Core Equity           §
Fund/Investor Class and          §
INVESCO Health Science           §
Fund/Investor Class              §
                                 §
v.                               §
                                 §
INVESTO DISTRIBUTORS, INC. and   §
AIM DISTRIBUTORS, INC.           §
```